UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH SOTO,

       Plaintiff,

v.                                        Case No.  01-71244

NORMAN MINETA,                Honorable Arthur J. Tarnow

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [74];
AND DENYING PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT [54]**

Before the court is Magistrate Judge Scheer's report and recommendation that plaintiff's motion for relief from judgment be denied.  Having reviewed the objections, the court ADOPTS the report and recommendation.

Plaintiff's motion is DENIED.

SO ORDERED.

                                          S/ARTHUR J. TARNOW
                                          Arthur J. Tarnow
                                          United States District Judge

Dated:  September 30, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 30, 2008, by electronic and/or ordinary mail.

                                          S/THERESA E. TAYLOR
                                          Case Manager